# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>vs.<br><br>ALEXANDER ROBERT SOMERS,<br><br>    Defendant/Judgment Debtor,<br><br>and<br><br>THE YAKAMA NATION,<br><br>                              Garnishee. | NO. MC18-5010BHS<br><br>(3:14-CR-5081-1)<br><br>**Order to Issue a Writ of Continuing Garnishment** |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment of property due and owing to the Defendant/Judgment Debtor, Alexander Robert Somers, from The Yakama Nation, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

//

//

//

//

//

**ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT**

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against The Yakama Nation, whose address is The Yakama Nation, Attn: Human Resource, P.O. Box 151, Toppenish, WA 98948.

Dated this 31st day of May, 2018.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail: kyle.forsyth@usdoj.gov